TRIANGLE IRON WORKS, INC., v. FIGARO REALTY CORPORATION and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRIETTE V. CANTOR v. RUDOLF ROEMER FURNITURE CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STELLA CICERONE v. EDWARD LIEBSON.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

117–119 WEST 46TH STREET CORPORATION v. HENRY K. WALLACH and Others. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOANNES BROTHERS COMPANY v. ARTHUR H. LAMBORN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of CHARLES KLINGENSTEIN and Others, as Trustees of and Executors of HARRY MAYER, Deceased, to Register the Title to Certain Lands. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

OSCAR L. RICHARD and Others v. AMERICAN UNION BANK.— Motion granted; questions certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CATHERINE MCCABE v. CLARENCE MACKAY, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HILLEL SILVERA and Others v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SCHAEFFER & DAVIDOWITZ, INC., v. LEO WEISS, Impleaded, etc.— Motion denied, with ten dollars costs, with leave to the plaintiff to serve an amended complaint within five days from service of order upon payment of said costs and the costs provided for in the order of May 10, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of ACORN FLOORING CORPORATION to Compel NUCOMB BUILDING CORPORATION to Submit to Arbitration.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

H. T. C. HOTEL CORPORATION v. ROYAL INDEMNITY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SCHATZBERG v. LOUIS SCHATZBERG.— Motion denied. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

LOUIS GOLDSTEIN, as Administrator, etc., of BEN GOLDSTEIN, v. NEW YORK LIFE INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.